UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**OSVALDO ROCHE,**

      **Plaintiff,**

v.                                                     Case No.   6:22-cv-2090-ACC-LHP

**THE LINCOLN NATIONAL LIFE**
**INSURANCE COMPANY,**

      **Defendant.**

_____

### ORDER OF DISMISSAL

The Court has been advised by **the mediator** that the above-styled action has been settled. (Doc. 19). Accordingly, pursuant to Local Rule 3.09(b) M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice.  Any pending motions are **denied** as moot and the Clerk is **directed** to close the file.

**DONE** and **ORDERED** at Orlando, Florida on March 15, 2023.

*(signed)* ANNE C. CONWAY
United States District Judge

- 2 -

**COPIES FURNISHED TO:**
Counsel of Record