## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**OSVALDO ROCHE,**

    **Plaintiff,**

**vs.**                  **CASE NO.: 6:22-cv-2090-ACC-LHP**

**THE LINCOLN NATIONAL**
**LIFE INSURANCE COMPANY,**

    **Defendant.**

_____ /

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff and the Defendant, by and through the undersigned counsel, and hereby state as follows:

Pursuant to Fed. R. Civ. P. 41(a), the parties hereby stipulate to the dismissal of this matter with prejudice, each party to bear its own costs and fees.

Dated: March 27, 2023

| | |
|---|---|
| _/s/Gregory D. Swartwood_ | _/s/Lee W. Marcus_ |
| Gregory D. Swartwood, Esquire | Lee W. Marcus, Esquire |
| Florida Bar No. 858625 | Florida Bar No. 967076 |
| The Nation Law Firm, LLP | Marcus & Myers, P.A. |
| 570 Crown Oak Centre Drive | 6150 Metrowest Blvd., Ste. 208 |
| Longwood, FL 32750 | Orlando, FL 32835 |
| Telephone: (407) 339-1104 | Telephone: (407) 447-2550 |
| Facsimile: (407) 339-1118 | Facsimile: (407) 447-2551 |
| E-mail: gswartwood@nationlaw.com | Email: lmarcus@marcusmyerslaw.com |
| Attorneys for Plaintiff | Attorneys for Defendant |